ROBERT D. CHRISTENSON, #076060
CHRISTENSON LAW FIRM
472 WEST PUTNAM AVENUE
PORTERVILLE, CALIFORNIA   93257

(559) 784-4934   Telephone
(559) 784-3431   Facsimile

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT of CALIFORNIA

---o0o---

| | |
|---|---|
| LESLIE COOKE, | CASE NO: 1:07-cv-00076 SMS |
| Plaintiff, | |
| vs | STIPULATION and ORDER to EXTEND TIME |
| COMMISSIONER of SOCIAL SECURITY, | |
| Defendant. | |

The parties, through their respective counsel, stipulate that the time for filing Plaintiff's Opening Brief be extended from August 25, 2007 to September 24, 2007.

This is the Plaintiff's first request for an extension of time in this case. The Plaintiff needs more time to prepare the Opening Brief.

Respectfully submitted,

*/s/ Robert D. Christenson*

Dated:   August 31, 2007    ROBERT D. CHRISTENSON
Attorney for Plaintiff

| | |
|---|---|
| Dated: August 31, 2007 | McGREGOR W. SCOTT<br>United States Attorney |
| | */s/ Armand D. Roth*<br>_____<br>**ARMAND D. ROTH** (via e-mail authorization)<br>Assistant Regional Counsel |

**IT IS SO ORDERED**.

Date: 8/31/2007                    /s/ Sandra M. Snyder
                           The **HONORABLE SANDRA M. SNYDER**
                                United States Magistrate Judge